IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CALVERT A. WILLIAMSON, | ) | CIVIL 14-00001 HG-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE STATE OF HAWAII, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u> (ECF No. 46)

Findings and Recommendation having been filed and served on all parties on December 30, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANTS PARATRANSIT, INCORPORATED AND LINDA DEAVENS' MOTION FOR TERMINATING AND MONETARY SANCTIONS AGAINST PLAINTIFF CALVERT A. WILLIAMSON (ECF No. 46), are adopted as the opinion

and order of this Court.

IT IS SO ORDERED.

Dated: January 14, 2015, Honolulu, Hawaii.



/s/ Helen Gillmor

Helen Gillmor
United States District Judge